**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN A. RIVERA,

       Plaintiff,

vs.                                        CASE NO. 6:08-CV-879-ORL-19DAB

HAIR CLUB FOR MEN, LTD., INC.,
and ALLISON BASNIGHT,

       Defendants.

_____

<u>ORDER</u>

       This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 31, filed December 8, 2008).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

       **ORDERED** that the Report and Recommendation (Doc. No. 31) is **ADOPTED and AFFIRMED.**  The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close this file.

       **DONE AND ORDERED** at Orlando, Florida, this   27th   day of December, 2008.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record